UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  1:23-cv-24892-KMM

**VICTOR ARIZA**,

      Plaintiff,

vs.

**LUXOTTICA OF AMERICA, INC.,
d/b/a OAKLEY, a foreign for-profit
corporation**,

      Defendant.

_____/

## NOTICE OF SETTLEMENT

      Plaintiff, through undersigned counsel, hereby gives notice that the parties have reached a settlement in this case and will be executing the necessary paperwork resolving all claims. Accordingly, Plaintiff respectfully requests that the Court provide the parties thirty (30) days from the date of filing this Notice to allow the parties to finalize their settlement agreement and to submit the dismissal documents dismissing this case with prejudice.

      Dated:  February 27, 2024.

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO** |
| Counsel for Plaintiff | **DURAN, P.A.** |
| 4800 North Hiatus Road | Co-Counsel for Plaintiff |
| Sunrise, FL  33351-7919 | 4640 N.W. 7th Street |
| T. 954/362-3800 | Miami, FL 33126-2309 |
| 954/362-3779 (Facsimile) | T. 305/266-9780 |
| Email:  rhannah@rhannahlaw.com | 305/269-8311 (Facsimile) |
| | Email duranandassociates@gmail.com |

By____*s/ Roderick V. Hannah*_____         By ___*s/  Pelayo  M.  Duran*_____
     RODERICK V. HANNAH               PELAYO M. DURAN
     Fla. Bar No. 435384                   Fla. Bar No. 0146595

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of February, 2024, a true and correct of the

foregoing was electronically filed and served via e-mail and transmission of Notice of Electronic

Filing generated by CM/ECF on all counsel or parties of record on the Service List:

Beth S Joseph, Esq.
MORGAN, LEWIS & BOCKIUS LP
600 Brickel Avenue, Suite 1600
Miami, FL  33131-3075
(305) 415-3308
Beth.joseph@morganlaewis.com

*Attorneys for Defendant*
*LUXOTTICA OF AMERICA, INC.*
*d/b/a OAKLEY*

*/s/ Roderick V. Hannah*
Roderick V. Hannah
